# *Madison, et. al. v. Heath Care Services Corporation*
# Cause No. 6:20-cv-00835

# Exhibit B



**The relief described hereinbelow is SO ORDERED.**

**Signed June 05, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| LITTLE RIVER HEALTHCARE HOLDINGS, LLC, *et al.* | § § § | Chapter 7 |
| Debtors.[1] | § § | Case No. 18-60526-rbk (Jointly Administered) |
| _____ | § § | |
| Rockdale Blackhawk, LLC d/b/a Little River Healthcare, | § § § | Adv. Proc. No. 20-06006-rbk |
| Plaintiff | § § | |
| v. | § § | |
| Blue Cross and Blue Shield of Texas, a division of Health Care Service Corporation, a Mutual Legal Reserve Company, | § § § § | |
| Defendant | | |

### AGREED ORDER CONFIRMING ARBITRATION AWARD AND FINAL JUDGMENT

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Compass Pointe Holdings, LLC (1142), Little River Healthcare Holdings, LLC (7956), Timberlands Healthcare, LLC (1890), King's Daughters Pharmacy, LLC (7097), Rockdale Blackhawk, LLC (0791), Little River Healthcare - Physicians of King's Daughters, LLC (5264), Cantera Way Ventures, LLC (7815), and Little River Healthcare Management, LLC (6688). The Debtors' mailing address was 1700 Brazos Ave, Rockdale, TX 76567.

1

The tribunal having issued a Final Award in *Rockdale Blackhawk, LLC d/b/a Little River Healthcare v. Blue Cross and Blue Shield of Texas*, American Arbitration Association ("AAA") Case No. 01-18-0001-0136 ("the Arbitration"), and with Rockdale Blackhawk, LLC d/b/a Little River Healthcare ("Little River") and Blue Cross and Blue Shield of Texas, a division of Health Care Service Corporation, a Mutual Legal Reserve Company ("BCBSTX") in agreement, the Court enters **JUDGMENT** as follows:

1. BCBSTX shall pay the agreed amount of $97,521,757 to James Studensky, Chapter 7 Trustee for the Bankruptcy Estate of Rockdale Blackhawk, LLC, such amount comprising:

    a. $79,666,466 as damages (including pre-judgment interest of $14,563,466 through May 6, 2020);

    b. $405,346 in prejudgment interest for the period of May 7 through June 10, 2020;

    c. $5,092,308 for Little River's attorneys' fees for the claims upon which it prevailed, including breach of contract and Texas Prompt Pay law violations;

    d. $205,439 for prejudgment interest on Little River's paid attorneys' fees;

    e. $1,105,925 for Little River's arbitration costs;

    f. $5,000 in attorneys' fees and costs in connection with confirmation of the Final Award;

    g. $146,588 in American Arbitration Association ("AAA") fees and expenses; and

    h. $10,894,685 in penalties and interest for fifty percent (50%) of the penalties and interest for violations of TEX. INS. CODE § 843.336 *et seq.* and TEX. INS. CODE § 1301.101 *et seq.* through June 10, 2020 (the "Texas Prompt Payment Law Penalties").

2. BCBSTX shall pay to the estate of Rockdale Blackhawk, LLC d/b/a Little River Healthcare an additional amount of $4,660.20 per day for Texas Prompt Payment Law Penalty interest and $11,581.32 per day in post-judgment interest for each day that the amounts identified in paragraphs 1(a) through 1(g) go unpaid past June 10, 2020.

3. Pursuant to the interpleader action captioned *Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Texas v. Rockdale Blackhawk, LLC d/b/a Little River Healthcare and the Texas Department of Insurance*, Adv. No. 20-06007, in the United States Bankruptcy Court for the Western District of Texas, Waco Division (the "Interpleader Action"), BCBSTX shall pay to the registry of this Court, the amount of $10,894,685 for disposition by the Interpleader Action.

4. BCBSTX shall pay an additional $4,660.20 per day in interest into the Court's registry for Texas Prompt Payment Law Penalty interest for each day that the amount stated in paragraph 3 is not paid to the Court's registry past June 10, 2020.

5. BCBSTX's payment of funds into the Court's registry shall stop the continuing accrual of interest on Texas Prompt Payment Law Penalties and discharge BCBSTX's obligation concerning Texas Prompt Payment Law Penalties to TDI in connection with the Final Award.

6. The Final Award is otherwise hereby confirmed.

# # # END OF ORDER # # #

3

**AGREED AS TO FORM:**

| | |
|---|---|
| By: /s/ Michael P. Cooley<br>Martin J. Bishop (SBN 24086915)<br>Michael P. Cooley (SBN 24034388)<br>REED SMITH LLP<br>2501 N. Harwood, Suite 1700<br>Dallas, Texas 75201<br>T: 469.680.4200<br>F: 469.680.4299<br>mbishop@reedsmith.com<br>mpcooley@reedsmith.com<br><br>*Counsel to Blue Cross and Blue Shield of Texas, an unincorporated division of Health Care Service Corporation* | By: /s/ Brian T. Cumings<br>Brian T. Cumings<br>GRAVES, DOUGHERTY, HEARON &<br>MOODY, P.C.<br>401 Congress Avenue, Suite 2200<br>Austin, TX 78701<br>Telephone: 512.480.5626<br>Facsimile: 512.536.9926<br>bcumings@gdhm.com<br><br>*Counsel for James Studensky, Chapter 7 Trustee* |