IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JEFFREY MADISON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:20-CV-835-ADA-DTG |
| § | |
| HEALTH CARE SERVICE § | |
| CORPORATION, d/b/a BLUE CROSS AND § | |
| BLUE SHIELD OF TEXAS, § | |
| § | |
| Defendant. § | |
| § | |

## JOINT STATUS REPORT

Pursuant to Magistrate Judge Gilliland's March 10, 2023 Order (Dkt. 115), Plaintiff Jeffrey Madison and Defendant Blue Cross and Blue Shield of Texas ("BCBSTX") respectfully submit this joint status update regarding Mr. Madison's pending criminal case, which is captioned *United States v. Hertzberg*, No. 6:22-cv-00003-JDK-JDL (E.D. Tex.) (the "*Criminal Case*").

On September 1, 2023, the court denied Mr. Madison's motion to dismiss the indictment in the *Criminal Case*. *Criminal Case*, Dkt. 615. Accordingly, as set forth in the parties' previous joint status report (Dkt. 116), the *Criminal Case* remains set for trial on October 16, 2023.

The parties will file another status update in 90 days to apprise the Court of further developments.

Dated: September 7, 2023                Respectfully submitted,


By:    */s/ Ryan Downton*                By:    */s/ Brian P. Kavanaugh*
Ryan Downtown                            Brian P. Kavanaugh

1

| | |
|---|---|
| LAW OFFICES OF RYAN DOWNTOWN<br>State Bar No. 24036500<br>159 Dorado Beach East<br>Dorado, PR 00646<br>Phone: 512-680-7947<br>ryan@TheTexasTrialGroup.com<br><br>*Counsel for Plaintiff Jeffrey Madison* | State Bar No. 24115132<br>Scott D. Stein (admitted *pro hac vice*)<br>Joseph R. Dosch (admitted *pro hac vice*)<br>Lauren T. Keane (admitted *pro hac vice*)<br>Jonathan Dussik (admitted *pro hac vice*)<br>Meredith N. Greene (admitted *pro hac vice*)<br>SIDLEY AUSTIN LLP<br>One South Dearborn St.,<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7617<br>Facsimile:  (312) 853-7036<br>bkavanaugh@sidley.com<br>sstein@sidley.com<br>jdosch@sidley.com<br>lkeane@sidley.com<br>jdussik@sidley.com<br>mgreene@sidley.com<br><br>*Counsel for Health Care Service Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross and Blue Shield of Texas* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by electronically filing it with the Clerk of the Court using the CM/ECF system on September 7, 2023.

                                                                                 */s/ Brian P. Kavanaugh*