IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JEFFREY MADISON, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> HEALTH CARE SERVICE § <br> CORPORATION, d/b/a BLUE CROSS AND § <br> BLUE SHIELD OF TEXAS, § <br> § <br> Defendant. § <br> § | Case No. 6:20-CV-835-ADA-DTG |

## JOINT STATUS REPORT

Pursuant to Magistrate Judge Gilliland's March 10, 2023 Order (Dkt. 115), Plaintiff Jeffrey Madison and Defendant Blue Cross and Blue Shield of Texas ("BCBSTX") respectfully submit this joint status update regarding Mr. Madison's indictment, which is captioned *United States v. Hertzberg*, No. 6:22-cv-00003-JDK-JDL (E.D. Tex.) (the "*Criminal Case*").

On November 30, 2023, a jury found Mr. Madison and his four remaining co-defendants[1] guilty of conspiracy to commit illegal remunerations in violation of 18 U.S.C. § 371. *Criminal Case*, Dkt. 1020.[2] The parties will file another status update in 90 days to apprise the Court of further developments.

---

[1] Mr. Madison's 11 other indicted co-conspirators pleaded guilty prior to trial. *See Criminal Case*, Dkts. 728, 741, 760, 819, 820, and 821.

[2] *See also* Press Release, Five defendants convicted of health care kickback conspiracy, Department of Justice *available at*: https://www.justice.gov/usao-edtx/pr/five-defendants-convicted-health-care-kickback-conspiracy (last visited 12/4/2023)

1

Dated:  December 5, 2023                                    Respectfully submitted,

By:     */s/ Ryan Downton*                                  By:     */s/ Brian P. Kavanaugh*
Ryan Downtown                                               Brian P. Kavanaugh
LAW OFFICES OF RYAN DOWNTOWN                                State Bar No. 24115132
State Bar No. 24036500                                      Scott D. Stein (admitted *pro hac vice*)
159 Dorado Beach East                                       Joseph R. Dosch (admitted *pro hac vice*)
Dorado, PR 00646                                            Jonathan Dussik (admitted *pro hac vice*)
Phone: 512-680-7947                                         Meredith N. Greene (admitted *pro hac vice*)
ryan@TheTexasTrialGroup.com                                 SIDLEY AUSTIN LLP
                                                            One South Dearborn St.,
*Counsel for Plaintiff Jeffrey Madison*                     Chicago, Illinois 60603
                                                            Telephone:  (312) 853-7617
                                                            Facsimile:  (312) 853-7036
                                                            bkavanaugh@sidley.com
                                                            sstein@sidley.com
                                                            jdosch@sidley.com
                                                            jdussik@sidley.com
                                                            mgreene@sidley.com

                                                            *Counsel for Health Care Service Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross and Blue Shield of Texas*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by electronically filing it with the Clerk of the Court using the CM/ECF system on December 5, 2023.

                                                          */s/ Brian P. Kavanaugh*