IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **JEFFREY MADISON,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Case No. 6:20-CV-835-ADA-DTG |
| **HEALTH CARE SERVICE CORPORATION, d/b/a BLUE CROSS AND BLUE SHIELD OF TEXAS,** | § § § § § | |
| **Defendant.** | § § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jeffrey Madison and Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Texas (the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to Plaintiff's voluntary dismissal of the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: August 7, 2024                               Respectfully submitted,

By:   */s/ Ryan Downton*                            By:   */s/ Brian Kavanaugh*
Ryan Downtown                                       Brian P. Kavanaugh
LAW OFFICES OF RYAN DOWNTOWN                        State Bar No. 24115132
State Bar No. 24036500                              Scott D. Stein (admitted *pro hac vice*)
159 Dorado Beach East                               Joseph R. Dosch (admitted *pro hac vice*)
Dorado, PR 00646                                    SIDLEY AUSTIN LLP
Phone: 512-680-7947                                 One South Dearborn St.,
ryan@TheTexasTrialGroup.com                         Chicago, Illinois 60603
                                                    Telephone:  (312) 853-7617
*Counsel for Plaintiffs*                            bkavanaugh@sidley.com
                                                    sstein@sidley.com
                                                    jdosch@sidley.com

                                                    *Counsel for Defendant*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by electronically filing it with the Clerk of the Court using the CM/ECF system on August 7, 2023.

                                                                        */s/ Brian Kavanaugh*